

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00367-CR

Andres Alfredo **SEGOVIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8592
Honorable Ray Olivarri, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 29, 2015.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Ray Olivarri presided over the guilt/innocence portion of the trial. The punishment phase was presided over by the Honorable George Godwin.